IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN BROWN, as Administrator of the Estate of MATHEW ORSINI, Deceased, | **)** | No.: 1:20-cv-00251-RAL |
| | **)** | Issue: |
| | **)** | Code: |
| Plaintiff, | **)** | |
| | **)** | |
| v. | **)** | |
| | **)** | |
| ERIE COUNTY, WEXFORD HEALTH SOURCES, INC., MEDICAL ASSOCIATES OF ERIE, INC., DIAGNOSTIC X-RAY SERVICE, INC., GARY L. PETERSON, D.O., and DAVID PAUL, MD | **)** | |
| | **)** | |
| | **)** | **JURY TRIAL DEMANDED** |
| | **)** | |
| | **)** | |
| | **)** | |
| Defendants. | **)** | |

## <u>PLAINTIFF'S PRETRIAL STATEMENT</u>

AND NOW, comes the Plaintiff, Dawn Brown, Administrator of the Estate of Mathew Orsini, Deceased, by and through her attorneys Richard C. Levine, Esquire and Ainsman Levine, LLC and files the following Pretrial Statement:

### I.   BRIEF NARRATIVE STATEMENT

Mathew Orsini lost life when he was 19 years old after being incarcerated in the Erie County Prison for less than a month. He died of a dissecting aorta aneurysm. He was predisposed to such a condition due to his having been born with Marfan's Syndrome, or Loeys – Dietz Syndrome, a variation of Marfan's. Mathew underwent an aortic root procedure for a dissecting aneurysm when he was 9 years old. This information was known to the prison medical director, Defendant Gary Peterson, M.D., since Dr. Peterson had reviewed Mathew's chart just three days prior to his death.

Mathew began to having symptoms of a dissecting aorta on March 18, 2019 while he was

incarcerated for simple assault at the Erie County Prison. He started complaining of back and chest pain to the nursing staff at approximately 11:00 a.m. He had an EKG and chest x-ray at about 2:20 p.m. on the 18th where it was noted that he was writhing on the table and breathing quickly. One of the nurses, Teri Massi, testified at deposition that there is a medical nurse order from 2:23 p.m. on March 18th which she indicates Dr. Peterson was contacted by phone at that time and that he gave an order to provide Mathew ibuprofen. The order form states that Mathew was complaining of back pain and that he had been brought to medical for an EKG. Nurse Autumn Brown called Dr. Peterson and told him that Mathew had undergone a chest x-ray and that the x-ray report stated that he had pneumonia. Dr. Peterson therefore ordered antibiotics. At no point did Dr. Peterson ask the nurse why his patient, whom he knew had Marfan's Syndrome, was susceptible to a dissecting aorta, and underwent a chest x-ray because of pain. Dr. Peterson failed to ask the nurse why his patient was given a chest x-ray. He admitted that if he had known that he had been complaining of chest pain and back pain he would have had him go directly to Hamot hospital. If he had done so, there was a 90% chance that Mathew would have survived after undergoing emergency surgery.

Mathew's fiancé, Country Dingle, was pregnant with their child when Mathew died. DNA test prove that he is the father of McKenna Raelynn Smith (McKenna's name at birth was Olivia Dingle Orsini, but she has subsequently been adopted by Donna Renee Prindle Smith and Randall J. Smith.).

Mathew's plan was to begin working for his uncle, Sam Catina. He could not wait to experience the birth of daughter.

Mathew's death could have been avoided had Dr. Peterson conformed with the standard of care which would require him to determine why his patient underwent a chest x-ray and to

determine what symptoms he was having before rendering a diagnosis.

## II.    DAMAGES

As per the economic loss report of Matthew Hanak, the projected future loss earning capacity of Mathew Orsini was $594,453.00.

Prior to his death, Mathew underwent significant pain and suffering as he was experiencing a dissecting aorta.

McKenna Raelynn Smith, the sole beneficiary of Mathew Orsini's Estate by way of intestacy, has been deprived of the companion ship and tutelage of her father, Mathew Orsini.

## III.    WITNESSES

A. Liability

1. Teri Massi, LPN
   2148 W. 23rd St., Apt. 3
   Erie, PA 16502

2. Dawn Brown
   9731 Peach St.
   Waterford, PA 16441
   (814) 572-7974

3. Courtney Dingle
   46 Lincoln Ave.
   Waterford, PA 16441
   (814) 340-5968

4. Autumn Brown, LPN
   2645 Burgundy Dr.
   Erie, PA 16506

5. Ashley Mangano, LPN
   5114 W. Ridge Rd., Apt. 1
   Erie, PA 16506

6. Denise Long, LPN
   1945 Prospect Ave.
   Erie, PA 16510

7. Heidi Karash, RN
   15 Wellington St.
   North East, PA 16458

8. Jeffrey S. Garrett, M.D.
   1728 Beechwood Blvd.
   Pittsburgh, PA 15217

9. Mathew J. Devine, M.D. (Report Attached)
   c/o University of Rochester Medical Center

10. David M. Freeman, M.D. (Report Attached)
    c/o Pediatric Cardiology of Erie
    118 E. Second St., Ste. W1150
    Erie, PA 16507

11. Christina Mealy, PA
    7583 Birch Dr.
    Fairview, PA 16415

May call if need arises:

12. Jaime Roberts, RN
    9023 Page Rd.
    Wattsburg, PA 16442

13. Richard Howels
    c/o Erie County Prison

14. Kristopher McAninch
    1208 E. 27th St.
    Erie, PA 16504-2924

15. Miranda Brown
    61 Parade St., Ste. 307
    Union City, PA 16348

16. Alexis Brown
    9731 Peach St.
    Waterford, PA 16441

17. Christopher Pastore
    500 Linden St., Apt. 1
    Elizabeth, PA 15037

18. Rochele Hepler

c/o Abraxas Youth and Family Services
Marienville, PA

19. Records Custodian for the following providers:

    a. Shriner's Hospitals for Children
       1645 West 8th Street
       Erie, PA 16505

    b. St. Vincent Hospital
       232 West 25th Street
       Erie, PA 16544

    c. Children's Hospital of Pittsburgh
       1 Children's Hospital Drive
       4401 Penn Avenue
       Pittsburgh, PA 15224

    d. UPMC Hamot
       201 State Street
       Erie, PA 16550

    e. Erie County Prison
       1618 Ash St.
       Erie, PA 16503

    f. Pediatric Cardiology of Erie
       1351 W. 6th St.
       Erie, PA 16505

20. Any witnesses listed in the Defendants' pretrial statement.

B. Damages

1. All witnesses listed as liability witnesses.

2. David M. Freeman, M.D.
   c/o Pediatric Cardiology of Erie
   118 E. Second St., Ste. W1150
   Erie, PA 16507

3. Jeffrey S. Garrett, M.D. (Report Attached)
   1728 Beechwood Blvd.
   Pittsburgh, PA 15217

4. Matthew Hanak (Report Attached)

c/o Forensic Human Resources
429 Fourth Ave.
Pittsburgh, PA 15219

5. J. Sam Catanina
2930 Cherry St.
Erie, PA 16508

6. Any witnesses listed in the Defendants' pretrial statement.

## IV.    EXHIBITS

1. Complete medical chart from Erie County Prison of Mathew Orisni

2. Records from Hamot Medical Center from March 18-19, 2019

3. Mathew Orsini's medical records from David M. Freeman, M.D.

4. Autopsy Report of Mathew Orsini

5. Medial Records from Shriner's Hospital

6. Medical Records from Dr. Maggie Biebel

7. Medical Records from Children's Hospital of Pittsburgh

8. Report of DNA results for McKenna Raelynn Smith, nee Olivia Dingle Orsini

9. Medical Records from St. Vincent Hospital, 232 W. Fifth St., Erie, PA 16544

10. Photographs of Mathew Orsini

11. Body camera videos from Erie County Prison

12. Audio recordings of phone calls made from Erie County Prison by Mathew Orsini

13. Records from Abraxis Family Services

14. All deposition exhibits

15. All deposition transcripts

16. All pleadings

17. Photographs of Mathew Orsini's cell

18. Records from the "Edge Exchange"

19. Critical Incident Report forms from Erie County Prison

20. Inmate notes

21. Inmate Detail report

22. Death in Custody report

23. Coroner's report

24. Booking report

25. Erie County Department of Corrections Information reports

26. CV of Jeffrey Garrett, M.D.

27. CV of Mathew Devine, M.D.

28. CV of Matthew Hanak

29. Wexford Health Sources Nurse Protocols and Guidelines

30. Dr. Peterson's Answers to Interrogatories and Request for Production of Documents

31. Agreements between Wexford Health Sources and Erie County

32. Memo from Warden Sutton to Major Seymore of 3/19/19

33. Erie County Prison Inmate Report

34. Erie County Prison Booking Report

35. Life expectancy tables

36. X-rays of Mathew Orsini and reports

37. Wexford Health Sources Agreement with Medical Associates of Erie

38. Dr. Peterson's employment contract with Medical Associates of Erie

39. Mathew Orsini's death certificate

40. Statement of Christopher McAninch

41. DNA test report

42. Invoice from Dusckas Funeral Home

### V.     RESERVATION OF RIGHTS

1.   Plaintiff reserves the right to supplement and/or amend this Pretrial Statement up to and including the time of trial.

2.   Plaintiff reserves the right to admit or supplement any further medical bills or records at any time prior to trial.

3.   Plaintiff reserves the right to admit or supplement any impeachment testimony not directly stated in this Pretrial Statement.

4.   Plaintiff reserves the right to take the testimony of any witness by way of deposition so long as said deposition does not delay the trial of this matter.

5.   Plaintiff reserves the right to call as a witness at trial any person identified in any pretrial statements or amendments to supplements thereof or supplements thereto filed by Defendants in this matter.

Respectfully submitted,

Ainsman Levine, LLC

*/s/Richard C. Levine*
Richard C. Levine, PA ID 36627
Attorney for Plaintiffs
310 Grant St., Ste. 1500
Pittsburgh, PA 15219
Phone: (412) 338-9030
Fax: (412) 338-9167
rl@ainsmanlevine.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2024, the foregoing Plaintiff's Pretrial Statement, was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties who have appeared of record by operation of the Courts ECF system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure. Those parties may access this filing through the courts ECF system.

*/s/Richard C. Levine*
Richard C. Levine, Esquire
*Counsel for Plaintiff*